UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALD HATCHER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-5450** |
| **JEFFERY ROUSE, M.D.** | **SECTION "A"(4)** |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Gerald Hatcher's complaint, pursuant to 42 U.S.C. § 1983, against the defendant, Dr. Jeffery Rouse, is **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

October 20, 2017

_____
UNITED STATES DISTRICT JUDGE